| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | R. ADAM LAURIDSEN - #243780<br>alauridsen@keker.com |
| 3 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 4 | Telephone: 415 391 5400<br>Facsimile:  415 397 7188 |
| 5 | Attorneys for Defendant |
| 6 | MLB ADVANCED MEDIA, L.P. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN L. PERRY, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MLB ADVANCED MEDIA, L.P., DBA MLB.COM, and DOES 1-10, inclusive<br><br>Defendant. | Case No. 2:18-cv-01548-PSG<br><br>**DEFENDANT MLB ADVANCED MEDIA, L.P.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (PER FED. R. CIV. P. 7.1 AND L.R. 7.1-1)**<br><br>Complaint Filed: February 26, 2018 |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant MLB Advanced Media, L.P., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
| --- | --- |
| MLB Advanced Media, L.P. | Defendant |
| MLB Media Holdings, L.P. | Partner of Defendant MLB Advanced Media, L.P. |
| MLB Advanced Media, Inc. | Partner of Defendant MLB Advanced Media, L.P. |
| Erin L. Perry | Plaintiff |

Defendant MLB Advanced Media, L.P. is a limited partnership organized under the laws of the State of Delaware. Its partners consist of MLB Media Holdings, L.P. and MLB Advanced Media, Inc. MLB Advanced Media, Inc. has no parent corporation. There is no publicly held corporation that owns 10% or more of the stock of MLB Advanced Media, L.P., MLB Advanced Media, Inc., or MLB Media Holdings, L.P.

Dated: March 27, 2018                             KEKER, VAN NEST & PETERS LLP

By: */s/ R. Adam Lauridsen*
R. ADAM LAURIDSEN

Attorneys for Defendant
MLB ADVANCED MEDIA, L.P.